**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Princepal Singh,

Petitioner,

v.

David R Rivas, et al.,

Respondents.

No. CV-26-03117-PHX-RM (ASB)

**ORDER**

On June 18, 2026, the Court entered judgment in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents to provide Petitioner with a bond hearing, or release him from immigration custody. (Doc. 12.) Petitioner received a bond hearing on June 25, 2026, and was denied bond due to a finding of flight risk. (Doc. 14.) On July 6, 2026, Petitioner filed a document in which he appears to challenge the result of the bond hearing. (Doc. 16.) The Clerk of Court docketed the document as a Letter to Supplement the Record to facilitate the Court's consideration of it. (*Id.*)

This Court retains jurisdiction to review the bond determination under an abuse of discretion standard. *See Martinez v. Clark*, 124 F.4th 775 (9th Cir. 2024). The Court will construe Petitioner's Letter as a Motion to Enforce Judgment, and will require Respondents to respond to it and provide a recording or transcript of the June 25, 2026 hearing.

**IT IS ORDERED** that the Clerk of Court shall update the docket to reflect that Doc. 16 is a Motion to Enforce Judgment.

. . . .

**IT IS FURTHER ORDERED** that no later than **September 22, 2026**, Respondents must respond to Doc. 16 and provide a transcript or recording of the June 25, 2026 bond hearing. Any non-electronic exhibit, such as a USB drive, **must be submitted** to the Evo A. DeConcini United States Courthouse, 405 W. Congress Street, Tucson, AZ 85701.

Dated this 8th day of September, 2026.

Honorable Rosemary Márquez
United States District Judge