**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Princepal Singh,

Petitioner,

v.

David R Rivas, et al.,

Respondents.

No. CV-26-03117-PHX-RM (ASB)

**ORDER**

On June 18, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus and ordered that he receive a bond hearing. (Doc. 12.) At the bond hearing, Petitioner was denied bond due to a finding of flight risk. (Doc. 14.) On July 6, 2026, Petitioner filed a Motion to Enforce Judgment in which he challenged the result of the bond hearing. (Doc. 16.)

On September 9, 2026, Respondents filed a Status Report in which they alerted the Court that Petitioner was removed on August 19, 2026. (Doc. 18.) Because petitioner has been removed and is no longer in custody, the Court will deny as moot Petitioner's challenge to the immigration judge's denial of bond.

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that Petitioner's Motion to Enforce Judgment (Doc. 16) is **denied as moot**. This case shall remain **closed**.

Dated this 28th day of October, 2026.

Honorable Rosemary Márquez
United States District Judge